1  LAW OFFICES OF SCOTT S. HARRIS APLC
   SCOTT S. HARRIS, STATE BAR NO. 152924
2  555 WEST BEECH STREET, SUITE 303
   SAN DIEGO, CALIFORNIA 92101
3  Telephone: (619) 238-1199
   Fax: (619) 238-1101
4

5  Attorneys for Plaintiff

FILED

2007 DEC 10 PM 4:01

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____KN\K_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYA HERNDON aka MAYA APPUHN, | Case No. 07 CV 2309 W NLS |
| Plaintiff, | COMPLAINT FOR MEDICAL NEGLIGENCE |
| v. | |
| UNITED STATES OF AMERICA, | DEMAND FOR JURY TRIAL |
| Defendant. | |

Plaintiff, complaining of Defendant, alleges:

I.

This is an action arising under the Federal Tort Claims Act, 28 United States Code §§ 2671 et seq. This Court is vested with jurisdiction pursuant to 28 United States Code § 1346(b).

II.

Plaintiff resides at 3950 Mahaila, #A11, San Diego, CA 92122.

III.

Defendant, United States of America, operates a health care facility known as Naval Medical Center San Diego, in San Diego, California. In operating the hospital, defendant, United States of America, holds itself out to military personnel and their dependents to use that degree of care, skill, diligence, and attention used by hospitals generally in the community in the care and treatment of patients. The hospital operated by defendant has in its employ, among others, doctors, nurses, interns, residents, student nurses, nurses' aides and other hospital personnel over which it exercises exclusive control and supervision, with the right to employ and discharge such employees.

IV.

At all times referred to herein, there existed between the physicians and the plaintiff, the relationship of physician-patient.

V.

On or about January 3, 2006, plaintiff presented to the above-mentioned hospital operated by defendant United States of America and came under the care and treatment of doctors and others who were likewise hospital staff and members and employees of defendant. At that time, agents and/or employees of defendant negligently administered trigger point injections resulting in, among other things, necrosis and tissue damage and deep, painful scarring in the lower abdominal area.

VI.

Defendant and its employees, physicians and agents, in so treating plaintiff, deviated from standard approved medical practice.

VII.

As a result of the negligence, carelessness and medical malpractice of defendant's physicians, employees and agents, plaintiff sustained severe and permanent personal injuries.

VIII.

As a further result of the negligence, carelessness and medical malpractice of defendant's physicians, employees and agents, plaintiff has suffered pain, mental anguish, bodily injury, permanent disability, and medical and hospital expenses, and will continue in the future to suffer pain, mental anguish, bodily injuries, loss of wages, and medical and hospital expenses.

IX.

On or about January 15, 2007, plaintiff submitted her claim in the amount of $250,000 to the Office of the Judge Advocate General, Tort Claims Unit, Norfolk, Virginia. Plaintiff understands the claim is under evaluation.

WHEREFORE, plaintiff Maya Herndon aka Maya Appuhn demands judgment against defendant as follows:

    (1)   For general damages according to proof;

    (2)   For all medical and incidental expenses, according to

```
              proof;
    (3)   For future medical and life care expenses;
    (4)   For loss of earnings and earning capacity;
    (5)   For interest on all damages, according to proof;
    (6)   For all costs of suit herein incurred; and
    (7)   For such other and further relief as the Court may deem
          just and proper.
    DATED:  December 7, 2007
                              LAW OFFICES OF SCOTT S. HARRIS APLC


                              By: _____
                                   Scott S. Harris
                              Attorneys for Plaintiff
```

                        DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

    DATED:  December 7, 2007

                              LAW OFFICES OF SCOTT S. HARRIS APLC


                              By: _____
                                   Scott S. Harris
                              Attorneys for Plaintiff

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
MAYA HERNDON aka MAYA APPUHN

**(b)** County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Scott S. Harris, Law Offices of Scott S. Harris APLC
555 W. Beech St., Su. 303, San Diego, CA 92101

## DEFENDANTS
UNITED STATES OF AMERICA

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

FILED
'07 DEC 10 PM 4:02
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

'07 CV 2309 W NLS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [x] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☒ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 2671

Brief description of cause:
Medical Negligence

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 250,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____ DOCKET NUMBER _____

DATE: 12/10/2007
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # 14541  AMOUNT 350.  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

12/10/07

```
            UNITED STATES
            DISTRICT COURT
         SOUTHERN DISTRICT OF CALIFORNIA
              SAN DIEGO DIVISION

           # 145341      - SR

         December 10, 2007
              16:04:47

            Civ Fil Non-Pris
   USAO #.: 07CV2309 CIV. FIL.
   Judge..: THOMAS J WHELAN
   Amount.:                $350.00 CK
   Check#.: BC#11674


          Total->   $350.00


   FROM: HERNDON V. USA
         CIVIL FILING
```