Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 DEC 10 PM 4:15
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MAYA HERNDON aka MAYA APPUHN

vs

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL ACTION**
Case No. '07 CV 2309 W NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott S. Harris
Law Offices of Scott S. Harris, APLC
555 West Beech Street, Suite 303
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____          DEC 10 2007
Samuel Hamrick, Jr.
K. HAMMERLY, CLERK                       DATE

By _____, Deputy Clerk

Summons in a Civil Action                                    Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)