UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYA HERNDON aka MAYA APPUHN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 07cv2309-W (NLS)<br><br>CERTIFICATE OF SERVICE |
| STATE OF CALIFORNIA<br>COUNTY OF SAN DIEGO | ) ss. |

IT IS HEREBY CERTIFIED that:

I, Christopher B. Latham, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, Room 6293, San Diego, California; I am not a party to the above-entitled action.

I have caused service of the following document(s) on the parties indicated below by electronically filing said document(s) with the Clerk of the District Court using its ECF System, which electronically notifies them:

DOCUMENT(S) SERVED:

- Answer to Complaint

PARTIES ON WHOM SERVED:

Plaintiff, by and through her counsel of record, Scott S. Harris
scott@scottharrislaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 11, 2008.

                                                          s/ Christopher B. Latham
                                                          CHRISTOPHER B. LATHAM