1  **LAW OFFICES OF SCOTT S. HARRIS APLC**
   SCOTT S. HARRIS, STATE BAR NO. 152924
2  555 WEST BEECH STREET, SUITE 303
   SAN DIEGO, CALIFORNIA  92101
3  Telephone:  (619) 238-1199
   Fax: (619) 238-1101
4

5  Attorneys for Plaintiff

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10
    MAYA HERNDON aka MAYA              )
11  APPUHN,                            )   Case No. 07cv2309 W (NLS)
                                       )
12              Plaintiff,             )   EX PARTE REQUEST FOR PLAINTIFF
                                       )   TO APPEAR TELEPHONICALLY AT
13       v.                            )   EARLY NEUTRAL EVALUATION
                                       )   CONFERENCE
14  UNITED STATES OF AMERICA,          )
                                       )
15              Defendant.             )
    _____)
16

17       I, Scott S. Harris, declare as follows:

18       1.   I am an attorney at law duly licensed to practice before

19  all courts of the State of California and before this court and am

20  the attorney of record for plaintiff Maya Herndon herein.

21       2.   I have personal knowledge of the facts set forth in this

22  declaration and, if called as a witness, I could and would testify

23  competently thereto.

24       3.   Plaintiff currently resides in Marion, Massachusetts and

25  seeks leave to appear at the Early Neutral Evaluation Conference

26  scheduled for March 12, 2008, telephonically.  Her husband is

27  currently deployed and it would present a financial hardship for

28  her to travel to San Diego.

1    It is therefore respectfully requested that plaintiff be
2 allowed to appear at the Early Neutral Evaluation Conference
3 telephonically.
4    DATED: February 29, 2008
5                                    LAW OFFICES OF SCOTT S. HARRIS
6
7                                    By: /s/ Scott S. Harris
                                         Scott S. Harris
8
                                     Attorneys for Plaintiff
9
                                     E-mail:scott@scottsharrislaw.com