**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAYA HERNDON aka MAYA APPUHN, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendants. ) <br> ——————————————————— ) | Civil No. 07cv2309 W (NLS) <br><br> **ORDER GRANTING EX PARTE REQUEST TO ALLOW PLAINTIFF TO APPEAR TELEPHONICALLY AT EARLY NEUTRAL EVALUATION CONFERENCE** <br><br> [Doc. No. 6] |

Plaintiff resides in Marion, Massachusetts and seeks leave to appear at the Early Neutral Evaluation Conference telephonically due to financial hardship. For good cause shown, the Court **GRANTS** Plaintiff's ex parte request and **ORDERS** that plaintiff Maya Herndon be *available* telephonically for the duration of the Early Neutral Evaluation Conference scheduled for March 12, 2008, at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: March 4, 2008

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge