1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MAYA HERNDON aka MAYA APPUHN, | ) | Civil No.07cv2309 W (NLS) |
| | ) | |
| Plaintiff, | ) | **ORDER FOLLOWING EARLY** |
| | ) | **NEUTRAL EVALUATION** |
| v. | ) | **CONFERENCE, SETTING RULE 26** |
| | ) | **COMPLIANCE, AND NOTICE OF** |
| UNITED STATES OF AMERICA, | ) | ***TELEPHONIC* CASE MANAGEMENT** |
| | ) | **CONFERENCE** |
| Defendants. | ) | |

On March 12, 2008, the Court convened an Early Neutral Evaluation Conference in the above-entitled action. The case did not settle.  The Court discussed compliance with Federal Rule of Civil Procedure, Rule 26, and based thereon, issues the following orders:

1.      Counsel are ordered to appear **telephonically** on ***April 25, 2008 at 10:00 a.m.*** before Magistrate Judge Stormes for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). Plaintiff's counsel shall initiate the telephonic conference.

2.      The Rule 26(f) conference shall be completed on or before ***April 4, 2008***.

3.      The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur on or before ***April 18, 2008***.

Plaintiff's(s') counsel shall serve a copy of this order on all parties that enter this case hereafter. Each responsible attorney of record and all parties representing themselves shall participate in the conference.  Represented parties need not participate.

/ / /

1

1    Failure of any counsel or party to comply with this order will result in sanctions.

2    **IT IS SO ORDERED.**

3    DATED:  March 13, 2008

4

5    Hon. Nita L. Stormes
     U.S. Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28