1  KAREN P. HEWITT
   United States Attorney
2  Katherine L. Parker
   Assistant U.S. Attorney
3  California State Bar No. 222629
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 446-3606
   Facsimile:  (619) 557-5004
6  Email: Katherine.Parker@usdoj.gov

7  Attorneys for Defendant
   United States of America
8

9                    UNITED STATES DISTRICT COURT

10                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | MAYA HERNDON aka MAYA           ) Case No. 07cv2309-W (NLS)
   | APPUHN,                         )
12 |                                 ) NOTICE OF APPEARANCE
   |         Plaintiff,              )
13 |                                 )
   |     v.                          )
14 |                                 )
   | UNITED STATES OF AMERICA,       )
15 |                                 ) CTRM:  7
   |         Defendants.             ) JUDGE: Hon. Thomas J. Whelan
16 | _____ )

17 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18     I, the undersigned attorney, enter my appearance as lead counsel for Defendant in the above-

19 captioned case. I certify that I am admitted to practice in this Court or authorized to practice under Civil

20 Local Rule 83.3.c.3-4.

21     The following government attorneys (who are admitted to practice in this Court or authorized

22 to practice under CivLR 83.3.c.3-4) are also associated with this case, and should receive all Notices

23 of Electronic Filings relating to activity in this case:

24     None

25     Effective this date, the following attorneys are no longer associated with this case and should

26 not receive any further Notices of Electronic Filings relating to activity in this case: Christopher B.

27 Latham (Email: Christopher.Latham@usdoj.gov).

28 ///

1 | Please feel free to call me should you have any questions about this notice.

3 | DATED: July 16, 2008         Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Katherine L. Parker

KATHERINE L. PARKER
Assistant United States Attorney
Attorneys for Defendant
United States of America
Email: Katherine.Parker@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAYA HERNDON aka MAYA APPUHN, | ) ) ) | Case No. 07cv2309-W (NLS) |
| | ) | CERTIFICATE OF SERVICE |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | CTRM:  7 |
| Defendants. | ) ) | JUDGE:  Hon. Thomas J. Whelan |
| _____ | ) | |

IT IS HEREBY CERTIFIED THAT:

    I, Katherine L. Parker, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.   I am not a party to the above-entitled action.  I have caused service of:

    NOTICE OF APPEARANCE (dated 07/16/08)

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Scott Spencer Harris                        scott@scottsharrislaw.com
Law Offices of Scott S. Harris
555 West Beech Street, Suite 302
San Diego, CA 92101

    I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

    N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on July 16, 2008.

                                             s/ Katherine L. Parker
                                             KATHERINE L. PARKER